**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:18-cv-00533-FDW**

| | |
|---|---|
| DUANE L. FOX a/k/a ) | |
| JENNIFER ANN JASMAINE ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| ) | |
| **FNU GAZOO, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendants' Motion to Deem Waiver of Service of Summons Timely Filed. [Doc. 13].

**UPON MOTION** by Defendants for the Waivers of Service of Summons for Defendants Edward Gazoo, Kevin Ingram,[1] John Herring (named as "FNU LNU"), Reuben Young, Gary Junker, Maevella Bowman, J.L. McCullers, and Stephanie Hubbard ("Defendants") be deemed timely filed [Doc. 13] and good cause appearing therefore,

**IT IS ORDERED** that the Waivers of Service of Summons for Defendants Gazoo, "FNU Engram," FNU LNU, Young, Junker, Bowman, McCullers, and Hubbard are deemed timely filed as of the date of this Order.

**IT IS SO ORDERED.**

Signed: May 8, 2019

Frank D. Whitney
Chief United States District Judge

---

[1] The movant states Defendant Kevin Ingram was erroneously named in the Complaint as "FNU Engram."